# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALEXIS MORA-REYES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-440

[April 13, 2023]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case Nos. 21-002048CF10A & 21-002812CF10A.

Alexis Mora-Reyes, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***